**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: ASBESTOS PRODUCTS** ) | |
| **LIABILITY LITIGATION (NO.VI)** ) | **Judge James T. Giles** |
| ) | **CIVIL ACTION NO. 2 MDL 875** |
| ) | |
| **THIS DOCUMENT RELATES TO:** | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| RE: ASBESTOS CASES | ) | NOTICE OF SUBSTITUTION OF COUNSEL |
| ON EXHIBIT A | ) | FOR ALCOA STEAMSHIP COMPANY, INC. |

Notice is hereby given to the Court and all parties that the firm of DLA PIPER RUDNICK GRAY CARY US LLP has withdrawn as counsel for defendant ALCOA STEAMSHIP COMPANY, INC. and its related entities, and the firm of THOMPSON HINE LLP, C. Dennis Southard IV, should be substituted as new counsel of record in those cases set forth on the attached list, Exhibit A.

**WITHDRAWING COUNSEL:**

By: /s/
Paul J. Day, Esq.
DLA PIPER RUDNICK GRAY CARY US LLP
6225 Smith Avenue
Baltimore, Maryland 21209-3600
(410) 580-3000
(410) 580-3001 (fax)

**ENTERING COUNSEL:**

By: /s/
C. Dennis Southard IV
THOMPSON HINE LLP
1920 N. Street, N.W., Suite 800
Washington, D.C. 20036
(202) 263-4169
(202) 331-8330 (fax)
dennis.southard@thompsonhine.com

## **EXHIBIT A**

| **Plaintiff** | **Case No.** |
| --- | --- |
| Richard Glaze | 89-1997 (D. Md) |
| Edward Johnson | 93-1552 (D. Md) |
| William F. O'Brien | 90-0911 (D. Md) |
| George Papamanolis | 89-459 (D. Md) |

**CERTIFICATE OF SERVICE**

I, C. Dennis Southard, certify that, on May 8, 2006, I caused a true and correct copy of the foregoing Notice of Substitution of Counsel for Alcoa Steamship Company, Inc., to be served by first class U.S. mail, postage prepaid, on all counsel listed below.

/s/
C. Dennis Southard IV

| | |
|---|---|
| Ted T. Amsden, Esq.<br>Dykema Gossett<br>400 Renaissance Center<br>Detroit, MI 48243-1668 | Henry E. Billingsley, II, Esq.<br>Arter & Hadden<br>1100 Huntington Building<br>925 Euclid Avenue<br>Cleveland, Ohio  44115-1475 |
| Barbara J. Arison, Esq.<br>Jennifer Novak, Esq.<br>Frantz & Ward LLP<br>The Illuminating Building<br>55 Public Square<br>Cleveland, Ohio  44113 | William Bonezzi, Esq.<br>Kevin O. Kadlec, Esq.<br>Bonezzi Switzer Murphy & Polito Co., L.P.A.<br>1400 Leader Building<br>526 Superior Avenue<br>Cleveland, OH  44114 |
| James Bartlett, III, Esq.<br>Semmes, Bowen & Semmes<br>250 West Pratt Street<br>16th Floor<br>Baltimore, MD 21202 | David A. Bono, Esq.<br>Shea & Gardner<br>1800 Massachusetts Ave., N.W.<br>Washington, DC  20036 |
| R. Patrick Baughman, Esq.<br>Susan S. Henderson, Esq.<br>Baughman & Associates Co., L.P.A.<br>55 Public Square<br>Suite 2215<br>Cleveland, OH  44113-1996 | Margaret Bruemmer, Esq.<br>1556 E. Goodrich Lane<br>Milwaukee, WI 53217 |
| William H. Baughman, Jr., Esq.<br>Maria A. Kortan, Esq.<br>Hilary S. Taylor, Esq.<br>Weston, Hurd, Fallon, Paisley & Howley<br>2500 Terminal Tower<br>50 Public Square<br>Cleveland, OH  44113-2241 | Smith Brittingham, Esq.<br>Hahn, Loeser & Park<br>3300 BP America Building<br>200 Public Square<br>Cleveland, OH  44114-2301 |

G. Daniel Bruch, Jr., Esq.  
Swartz, Campbell & Detweiler  
1601 Market Street  
34th Floor  
Philadelphia, PA  19103-2316  

Brent M. Buckley, Esq.  
Richard J. DiSantis, Esq.  
Buckley, King & Bluso Co.  
1400 Bank One Center  
Cleveland, OH  44114-2652  

Ann L. Burkey, Esq.  
Gerard C. Fosco, Esq.  
William M. Koziol, Esq.  
The Law Office of William M. Koziol  
One Kemper Drive  
Long Grove, IL  60049-0001  

Virginia L. Heidloff, Esq.  
Ernest W. Avciello, Esq.  
Dan J. Michalec  
Gallagher, Sharp, Fulton & Norman  
Seventh Floor, Bulkley Building  
1501 Euclid Avenue  
Cleveland, OH  44115  

Timothy T. Reid, Esq.  
Reid, Berry, Marshall & Wargo  
2010 Illuminating Building  
55 Public Square  
Cleveland, OH  44113-1901  

Drew Cooper, Esq.  
Mark L. Fleischaker, Esq.  
Donald C. McLean, Esq.  
Arent Fox Kintner Plotkin & Kahn  
1050 Connecticut Avenue, N.W.  
Washington, DC  20036-5339  

John C. Cubar, Esq.  
Brian Winchester, Esq.  
McNeal, Schick, Archibald & Biro Co., L.P.A.  
123 W. Prospect Avenue  
Cleveland, Ohio  44113-1454  

Dave A. Damico, Esq.  
William Donovan, Esq.  
Sheila M. Burke, Esq.  
Burns, White & Hickton  
120 Fifth Avenue  
2400 5th Ave. Pl.  
Pittsburgh, PA 15222  

David G. Davies, Esq.  
Gene B. George, Esq.  
Julia R. Brouhard, Esq.  
Ray, Robinson, Carle, Davies & Snyder  
1650 East Ohio Building  
1717 East Ninth Street  
Cleveland, Ohio  44114-2898  

Robert L. Davis, Esq.  
3600 Carew Tower  
Cincinnatti, OH 45202  

William D. Dowling, Esq.  
William M. Oldham, Esq.  
Reginald Kramer  
Oldham & Dowling  
Suite 300  
195 South Main Street  
Akron, OH  44308-1314  

Michael D. Eagen, Esq.  
Dinsmore & Shohl  
1900 Chemed Center  
255 East Fifth Street  
Cincinnati, OH 45202  

Jeffrey M. Elzeer, Esq.  
Walter A. Rodgers, Esq.  
Rodgers and Co., L.P.A.  
1750 Guildhall Bldg.  
45 Prospect Avenue, West  
Cleveland, OH  44115

Thomas P. Erven, Esq.
Young & Alexander Co., L.P.A.
110 Boggs Lane Ste, #350
Cincinatti, OH 45246

Nicholas Evanchan, Esq.
Ralph Palmisano, Esq.
Keith A. Throckmorton, Esq.
Evanchan & Palmisano
Twin Oaks Estate
1225 West Market Street
Akron, OH 44313

George F. Fitzpatrick, Jr., Esq.
Swanson, Martin & Bell
One IBM Plaza
Chicago, IL 60611

Dennis R. Fogarty, Esq.
Martin Murphy, Esq.
Davis & Young Co., L.P.A.
1700 Midland Building
101 Prospect Avenue West
Cleveland, OH 44115-1027

Timothy M. Fox, Esq.
Ulmer & Berne
88 East Broad Street
Suite 1980
Columbus, OH 43215-3506

Steven I. Frenkel, Esq.
Cummings & Lockwood
Four Stanford Plaza
P.O. Box 120
Stamford, CT 06904

Terrance Gravens, Esq.
Gravens & Franey Company
1240 Standard Building
Cleveland, OH 44113

Francis M. Hadden, Esq.
Hecker, Brown, Sherry & Johnson
1700 Two Logan Sq.
18th & Arch Streets
Philadelphia, PA 19103

Robin Harvey, Esq.
Baker & Hostetler, LLP
312 Walnut Street
Suite 2650
Cincinatti, OH 45202-4038

Michael D. Heintzman, Esq.
Heintzman, Warren & Wise
707 Grant Street
Gulf Tower
Pittsburgh, PA 15219

David K. Hendrickson, Esq.
Hendrickson & Long
Suite 300, Gates Building, 108 1/2 Capitol Street
P.O. Box 11070
Charleston, WV 25339

Gary D. Hermann, Esq.
Barbara Tittle, Esq.
Hermann Cahn & Schneider
1301 E. 9th Street
Suite 500
Cleveland, OH 44114-1876

Laura Hong, Esq.
Squire, Sanders & Dempsey
4900 Key Center
127 Public Square
Cleveland, OH 44114-1304

Mark S. Hura, Esq.
Rutter & Russin
One Summit Office Park, 4700 Rockside Road
Suite 650
Cleveland, OH 44131

Stephen J. Imbriglia, Esq.
Francis M. Vaodden, Esq.
Hecker Brown Sherry and Johnson
1700 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103-2769

Walter M. Jones, Esq.
Francis J. Mellen, Jr., Esq.
Wyatt, Tarrant & Combs
Citizens Plaza
Louisville, KY 40202

David Craig Landin, Esq.
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Joel L. Lennen, Esq.
Eckert, Seamans, Cherin & Mellott
600 Grant St.
42nd Floor
Pittsburgh, PA 15219

Steven I. Levy, Esq.
White & Williams, LLP
1800 One Liberty Place
Philadelphia, PA 19103-7395

Bruce P. Mandel, Esq.
Ulmer & Berne P.L.L.
1300 East 9th Street
Suite 900
Cleveland, OH 44114-1583

Eric H. Mann, Esq.
Benos, Cummings, Mann & Valenti
Bulkley Building, Eighth Floor
1501 Euclid Avenue
Cleveland, OH 44115

Samuel R. Martilotta, Esq.
Mansour, Gavin, Gerlack & Manos Co., L.P.A.
55 Public Square
Suite 2150
Cleveland, OH 44113-1994

Thomas P. Meaney, Jr., Esq.
McDonald, Hopkins, Burke, & Haber
2100 Bank One Center
600 Superior Avenue E.
Cleveland, OH 44114

James T. Millican, II, Esq.
Weston, Hurd, Fallan, Paisely, & Howley, LLP
2500 Terminal Tower
50 Public Square
Cleveland, OH 44113

Wade A. Mitchell, Esq.
Randall L. Solomon, Esq.
Baker & Hostetler
3200 National City Center
1900 East 9th Street
Cleveland, OH 44114-3485

Matthew C. O'Connell, Esq.
Sutter, O'Connell, Mannion & Farchione
3600 Erieview Tower, 1301 East Ninth St.
Cleveland, OH 44114

Jill Okun, Esq.
Squire, Sanders & Dempsey
4900 Key Center
127 Public Square
Cleveland, OH 44114-1304

Mark L. Pietrykowski, Esq.
Manahan, Pietrykowski, Bamman & DeLaney
414 N. Erie Street
P.O. Box 2328
Toledo, OH 43603

David L. Ream, Esq.
Chief Trial Counsel
Chevron Corporation
P.O. Box 3725
1301 McKinney
Houston, TX 77010

Christopher P. Ridout, Esq.
Janik & Dunn
8221 Brecksville Rd.
Building Two
Cleveland, OH 44141

Richard D. Schuster, Esq.
Brent Taggart, Esq.
Susan Barrett, Esq.
Vorys, Sater, Seymour & Pease
52 E. Gay Street
P.O. Box 1008
Columbus, OH 43216-1008

William F. Scully, Jr.
Williams, Sennett & Scully
113 St. Clair Ave.
Suite 430
Cleveland, OH 44114-1214

Cristina Z. Sinclair, Esq.
Denise Crump, Esq.
Nancy McDonald, Esq.
McElroy, Deutsch & Mulvaney
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075

Gregg L. Spyridon, Esq.
Spyridon, Koch, Wallace and Palermo, L.L.C.
Three Lakeway Center
3838 North Causeway Blvd., Suite 3010
Metairie, LA 70002

Percy Squire, Esq.
Bricker & Eckler
100 South Third Street
Columbus, OH 43215-4291

Barbara J. Stutz, Esq.
Robert A. Bunda, Esq.
Bunda, Stutz & DeWitt
One Seagate, Suite 650
Toledo, OH 43604

Roger M. Synenberg, Esq.
Mary Jo Tipping, Esq.
Synenberg & Marein
222 Leader Building
526 Superior Avenue
Cleveland, OH 44114-1210

Frederick P. Vergon, Jr., Esq.
Bryan Riley, Esq.
Smith, Marshall & Weaver
500 National City - East 6th Building
1965 East 6th Street
Cleveland, OH 44114

Jennifer Whelan, Esq.
Two Sea Port Lane
Cetrulo & Capone LLP
Boston, MA 02210

Edward J. Wilbraham, Esq.
Wilbraham Lawler & Buda
1818 Market Street
Suite 1300
Philadelphia, PA 19106-3631

Eric, L. Zauld, Esq.
Benesch, Friedlander, Coplan & Arnoff
2300 BP America Building
200 Public Square
Cleveland, OH 44114-2378

Case 1:93-cv-01552   Document 33   Filed 05/08/2006   Page 8 of 8